MEMORANDUM OPINION




No. 04-07-00374-CR



Vincent Dale ROSS,


Appellant



v.



The STATE of Texas,


Appellee




From the County Court at Law, Kerr County, Texas


Trial Court No. CR-06-1613


Honorable Spencer W. Brown, Judge Presiding




PER CURIAM


Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice

 

Delivered and Filed: July 3, 2007


DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH